IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA TABARES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CITIZENS BANK, | ) ) |
| Defendant. | ) |

**05 10711 RWZ**

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs hereby request permission for Cathleen M. Combs to appear pro hac vice in the above-referenced case. The attorney is a member in good standing of the United States District Court for the Northern District of Illinois. She neither resides nor maintains an office for the practice of law within the State of Massachusetts. Christopher M. Lefebvre has been actively involved in this case from the beginning and will continue to be. He will attend all court hearings and will accept service on all documents.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA TABARES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CITIZENS BANK, | ) ) |
| Defendant. | ) ) |

05 1071 RWZ

## AFFIDAVIT OF ATTORNEY CATHLEEN M. COMBS

I, Cathleen M. Combs, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on April 8, 2005.

_____
Cathleen M. Combs

Subscribed and sworn before me this
24th day of April, 2005.

_____
Notary Public

OFFICIAL SEAL
JEFFREY BECKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/07/09