IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIA TABARES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 05 10711RWZ |
| | ) | |
| CITIZENS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT DISCOVERY PLAN AND SCHEDULE

In accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(d)(1) - (2), plaintiff Maria Tabares and defendant Citizens Bank have conferred with respect to the timing of filings and discovery and propose the following plan and schedule for proceedings:

| Date | Event |
|---|---|
| June 27, 2005 | Phase I discovery begins – discovery limited to Plaintiff's individual claim and to information pertinent to Rule 23 requirements. |
| July 14, 2005 | Deadline to join parties and amend pleadings; responses to amended pleadings due as provided in Rules. |
| November 1, 2005 | Close of Phase I discovery. All motions to compel due to be filed. Plaintiff discloses experts for class issues, with all Rule 26(a)(2) material; start of expert discovery for class issues. |
| December 12, 2005 | Defendant discloses experts for class issues, with all Rule 26(a)(2) material. |
| January 10, 2005 | Deadline to complete deposition of Defendant's expert for class issues. |
| January 24, 2006 | Plaintiff's file Motion for Class Certification. |
| February 24, 2006 | Defendant files Opposition to Plaintiff's Motion for Class Certification. Page limit of 30 pages. |

| | |
|---|---|
| March 10, 2006 | Plaintiff files Reply in Support of Motion for Class Certification. Page limit of 15 pages. |
| T/B/D | Hearing on Plaintiff's Motion for Class Certification. |
| T/B/D | Status Conference following decision on Motion for Class Certification, to determine the scope of additional discovery and to establish a schedule for further proceedings, including for dispositive motions. |

The parties have agreed, subject to the Court's approval, to dispense with initial disclosures under Rule 26(a)(1).

Respectfully submitted,

Plaintiff Maria Tabares,

Defendant Citizens Bank,

By her attorneys,

By its attorneys,

/s/ Christopher M. Lefebvre (with permission)
Christopher M. Lefebvre
Law Office of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI  02862

/s/ Thomas M. Hefferon
Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Avenue, Suite 900
Washington, DC  20001
Tel. (202) 346-4000
Fax. (202) 346-4444

LIBW/1522308.1