IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA TABARES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIZENS BANK, )<br>)<br>Defendant. ) | CASE NO. 05 10711RWZ |

## CERTIFICATION OF COMPLIANCE IN ACCORDANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to the Notice of Scheduling Conference in this case and Local Rule 16.1(D)(3) of the Local Rules for the United States District Court for the District of Massachusetts the undersigned certify that Citizens Bank has conferred with its counsel (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigations; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Thomas Quinn, Esq.
*Authorized Representative of*
*Citizens Bank*

_____
Thomas M. Hefferon, Esq.
*Counsel for Citizens Bank*