**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARIA TABARES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 05 10711RWZ |
| | ) |
| CITIZENS BANK, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3 for the United States District Court for the District of Massachusetts, Thomas M. Hefferon petitions the Court for an Order granting Sallie F. Pullman, an attorney with the law firm of Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, DC 20001, leave for admission *pro hac vice* as co-counsel for Defendant, Citizens Bank, in the above-captioned matter. In support of this motion, counsel shows as follows:

1. Thomas M. Hefferon of the law firm Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, DC 20001, has appeared in this action on behalf of the defendant, Citizens Bank, and is a member in good standing of the bar of this Court.

2. Certification of Sallie F. Pullman in support of this Motion for Admission *Pro Hac Vice* is attached hereto.

3. Attorney Sallie F. Pullman is a member in good standing of the bars of the District of Columbia and the United States District Courts for the District of the District of Columbia and the District of Maryland. No disciplinary actions are pending against her in any jurisdiction. Attorney Pullman's office is located in the District of Columbia.

4. Thomas M. Hefferon moves this Court for the admission of Sallie F. Pullman for the limited purpose of Sallie F. Pullman's appearance and participation in this action.

Respectfully submitted,

_____/s/ Thomas M. Hefferon_____
Thomas M. Hefferon (Mass. Bar No. 548289)
GOODWIN PROCTER LLP
901 New York Avenue, Suite 900
Washington, DC  20001 (BBO

Date:  August 30, 2005

### Rule 7.1(a)(2) Certification

I hereby certify that I conferred with counsel regarding the issues raised in this Motion and no objection was made.

_____/s/ Thomas M. Hefferon_____

## CERTIFICATION OF SALLIE F. PULLMAN, ESQ.
## IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Sallie F. Pullman, hereby certifies as follows:

1. I am an associate with the firm of Goodwin Procter LLP and work in its office located at 901 New York Avenue, N.W., Washington, DC 20001. I submit this certification in support of my application for admission *pro hac vice* to this Court for the purpose of serving as co-counsel to Thomas M. Hefferon of the law firm of Goodwin Procter, LLP counsel of record for Citizens Bank.

2. I am admitted to practice law in the District of Columbia and in the following and the United States District Courts for the District of the District of Columbia and the District of Maryland.

3. I am a member of good standing of the bars of the District of Columbia, the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland. There are no disciplinary actions pending against me as a member of the bar in any jurisdiction.

4. Attached as Exhibit 1 to this Certification is a certificate of good standing from the Clerk of the United States District Court for the District of Columbia.

5. I am familiar with Local Rules of the United States District Court for the District of Massachusetts.

6. I respectfully request that my application for admission to the bar of this Court *pro hac vice* be granted.

                                                       /s/ Sallie F. Pullman
                                                     Sallie F. Pullman, Esq.

Dated: August 30, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARIA TABARES,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )     **CASE NO. 05 10711RWZ** |
| | ) |
| **CITIZENS BANK,** | ) |
| | ) |
|       **Defendant.** | ) |

## ORDER

**AND NOW**, this \_\_\_ day of _____, 2005, upon consideration of the **MOTION FOR ADMISSION PRO HAC VICE** of **Sallie F. Pullman**, that motion is **GRANTED**.

BY THE COURT:

_____
U.S. District Judge

Date: _____, 2005

LIBW/1529650.1