UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARIA TABARES,**<br><br>      **Plaintiff,**<br><br> v.<br><br>**CITIZENS BANK,**<br><br>      **Defendant.** | **CASE NO. 05 10711-RWZ** |

### ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

 Pursuant to Local Rule 7.1, defendant Citizens Bank ("Citizens") hereby moves that the Court continue the scheduling conference, currently set for 2:00 p.m. on November 10, 2005, to January 6, 2006. As grounds for its Motion, Citizens states that the parties are currently engaged in discussions aimed at resolving this matter by dismissing the above-captioned matter with prejudice. A continuance of the scheduling conference is necessary for the parties to finalize their negotiations. Therefore, a continuance of the scheduling conference will serve the interests of judicial economy.

 Counsel for plaintiff assents to Citizens' request for a continuance.

 WHEREFORE, Citizens requests that the Court continue the scheduling conference currently set for 2:00 p.m. on November 10, 2005 to January 6, 2006.

Dated: November 8, 2005

        Respectfully submitted,

        Defendant Citizens Bank,

        By its attorneys,


        /s/ Thomas M. Hefferon_____
        Thomas M. Hefferon (BBO #548289)
        Sallie F. Pullman (admitted *Pro Hac Vice*)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109
        Tel. (617) 570-1000
        Fax. (617) 523-1231
        and
        901 New York Avenue, Suite 900
        Washington, DC 20001
        Tel. (202) 346-4000
        Fax. (202) 346-4444


## LOCAL RULE 7.1(A)(2) CERTIFICATE

    The undersigned hereby certifies pursuant to Local Rule 7.1(A)(2) that counsel for Citizens has conferred with counsel for the plaintiff who assents to the relief sought herein.

        /s/ Thomas M. Hefferon_____
        Thomas M. Hefferon