IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA TABARES,<br><br>        Plaintiff,<br><br>v.<br><br>CITIZENS BANK,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 05 10711RWZ<br>)<br>)  Judge Zobel<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Maria Tabares and Defendant Citizens Bank, being all of the parties to the above-captioned action, hereby stipulate and agree to the dismissal of this action with prejudice, and with each party waiving all rights to costs and all rights to appeal.

MARIA TABARES

_____
Christopher Lefebvre, Esq.
Law Office of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Cathleen M. Combs, Esq.
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street
Chicago, IL 60603

Attorneys for Plaintiff

CITIZENS BANK

_____
Thomas M. Hefferon (BBO # 548289)
Sallie F. Pullman (*pro hac vice*)
Goodwin Procter, LLP
901 New York Ave. NW, Suite 900
Washington, DC 20001

Attorneys for Defendant

LIBW/1534300.3